GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT A. WHITTLESEY
Assistant United States Attorney
Financial Litigation Unit
brent.whittlesey@usdoj.gov
California Bar Number:   73493
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2445
    Facsimile: (213) 894-5900

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 03-41-RGK |
| Plaintiff, | ) (REVISED) |
| v. | ) **ORDER AUTHORIZING SALE OF REAL ESTATE** |
| KELLI ANNE PETERSON aka KELLI DAVIS, | ) DATE: November 30, 2009 |
| Defendant. | ) TIME: 1:30 p.m. |

    The motion of Receiver Thomas A. Seaman for an order authorizing the sale of real property commonly known as 12910 13th Street, Chino, California ("the Property") came on regularly for hearing on November 20, 2009 at 1:30 p.m. before the Honorable R. Gary Klausner, United States District Judge. The Court having considered the motion, the declarations of Thomas

Seaman and Joseph Ferrigno in support thereof, the Preliminary Report of Chicago Title Company dated August 11, 2009 ("Title Report") attached hereto, the statements and argument of counsel at the hearing, and there being no overbids presented to the Receiver, it is hereby ORDERED as follows:

1.  The Receiver is authorized to close the sale of the Property for a sale price of $740,000 to Mettl Investment LLC/ Ruby Lai (the "Buyer").  The Receiver is authorized to execute and deliver a deed into escrow transferring the interest of defendant Kelli Anne Peterson aka Kelli Davis to the Buyer.

2.  The Receiver is authorized to cause to be paid from escrow the following items shown on the Title Report:

    a.  Item 4, Deed of Trust in favor of Community Thrift & Loan.

    b.  Item 7, unsecured lien for property taxes in the amount of $98.68.

    c.  Item 9, court order for the payment of spousal or child support as reflected in Instrument No. 2005-0946527 recorded December 13, 2005 in the amount of $143,221.52.

    d.  Item 10, abstract of judgment in favor of Interstate Debt Managers, Ind. in the amount of $23,308.00.

    e.  Item 11, lien in favor of the City of Fontana in the amount of $96.78.

//
//

3.  The balance of the proceeds of sale shall be held by the

Receiver pending further order of Court.

DATED: December 11, 2009

*Gary Klausner* (signature)

———————————————
Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE

Submitted by:

GEORGE S. CARDONA
Acting United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


     /S/
———————————————
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America